MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## THIRD DIVISION

### Unclaimed Dividends and/or
### Distributions Less Than $5 For Deposit To Registry Fund

Debtors:   Chad Donald Ferris
           Martina Theresia Wagner

Chapter 7

Case No. 09-37550

Please Check One:

____   Unclaimed Dividends

__X__  Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Recovery Management Systems Corp. for GE Money Bank d/b/a Old Navy 25 SE 2nd Avenue, Suite 1120 Miami, FL 33131 | 13 | $359.74 | $3.23 |

Date: March 2, 2011

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475